IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MASON HOFF, Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:18-cv-00378 |
| v. | § § | |
| LDWB, LLC; LDWB #2, LLC; THE LONESOME DOVE WESTERN BISTRO, LTD.; AND LDWB KNOX, LLC, | § § § § § § | |
| Defendants. | § | |

## PROPOSED PRELIMINARY SCHEDULING ORDER

**To the Honorable Judge Lee Yeakel, United States District Judge:**

Pursuant to Federal Rule of Civil Procedure 16, the parties submit this Proposed Partial Scheduling Order.

### BACKGROUND

This is a FLSA wage and hour case in which Plaintiff has moved for conditional class certification; Defendants oppose that motion. Dkt. Nos. 3, 14, 19. Defendants moved to strike portion of the declarations submitted in support of Plaintiff's motion for conditional class certification; Plaintiff opposed that motion. Dkt. Nos. 13, 17, 22. Given these pending motions, the parties agree and request that the Court enter a Partial Scheduling Order that provides for a more comprehensive Scheduling Order once the parties have more clarity on the scope of the case.

**PROPOSED PRELIMINARY SCHEDULING ORDER**

Pending a ruling on Plaintiff's Motion Expedited Conditional Certification and Judicially-Supervised Notice Under Section 216(b), the parties propose that the Court issue the following scheduling order:

IT IS ORDERED THAT:

1. Unless the Court has stayed or dismissed the case in the interim, no later than the date that is the later of thirty (30) days after (1) the close of the class Notice Period, in the event the Court grants Plaintiff's Motion for Expedited Conditional Certification and Judicially-Supervised Notice Under Section 216(b) or (2) the Court's denial of Plaintiff's Motion for Expedited Conditional Certification and Judicially-Supervised Notice Under Section 216(b), the parties shall submit a proposed scheduling order that provides proposals for the following deadlines:

   a) to file all amended or supplemental pleadings and to join additional parties (paragraph 1 of the Court's form scheduling order);

   b) to file designations of potential witnesses, testifying experts, and proposed exhibits and to serve on the other party the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) (paragraph 2 of the Court's form scheduling order);

   c) to provide written offers of settlement and responses (paragraph 3 of the Court's form scheduling order);

   d) to provide a report on alternative dispute resolution (paragraph 4 of the Court's form scheduling order);

   e) to object to object to the reliability of an expert's proposed testimony (paragraph 5 of the Court's form scheduling order);

   f) to complete discovery (paragraph 6 of the Court's form scheduling order); and

    g)  to file dispositive motions (paragraph 7 of the Court's form scheduling order).

    SIGNED this _____ day of _____, 2018.

                                                                                            LEE YEAKEL
                                                                                 UNITED STATES DISTRICT JUDGE

AGREED:


*/s/Daniel A. Verrett*
Daniel A. Verrett
Moreland Law Firm, P.C.
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box l
Austin, Texas 78746

**ATTORNEY FOR PLAINTIFF**


*/s/ Russell D. Cawyer*
Russell D. Cawyer
State Bar No. 00793482
Paige P. Biggs
State Bar No. 24037810
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500
(817) 878-9280  (Fax)
russell.cawyer@kellyhart.com
paige.biggs@kellyhart.com

**ATTORNEYS FOR DEFENDANTS**

**Proposed Preliminary Scheduling Order - Page 3**

**CERTIFICATE OF SERVICE**

I certify that on August 17th, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing in accordance with the Federal Rules of Civil Procedure to the following counsel representing the defendants in this action:

Russell D. Cawyer
Paige P. Biggs
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopy: (817) 878-9280
Email: russell.cawyer@kellyhart.com
Email: paige.biggs@kellyhart.com

*/s/ Daniel A. Verrett*
Daniel A. Verrett