IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2018 DEC 10 PM 2:32

| | | |
|---|---|---|
| MASON HOFF, Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:18-cv-00378-LY |
| LDWB, LLC; LDWB #2, LLC; THE LONESOME DOVE WESTERN BISTRO, LTD.; AND LDWB KNOX, LLC, | § § § § § § | |
| Defendants. | § § | |

**AGREED ORDER FOR NOTICE TO CONDITIONALLY CERTIFIED CLASS**

On this day, the Court considered the Parties Agreed Motion to Send Notice to Conditionally Certified Class (the "Motion"). Having considered the pleadings on file, the evidence, and the arguments of counsel, the Court is of the opinion that the Motion should be, and is hereby, **GRANTED** in its entirety.

The Court previously conditionally certified a FLSA class consisting of "all individuals who worked as servers for Lonesome Dove in the Austin and Knoxville Restaurants from October 23, 2015 to October 23, 2018" (the "Putative Class Members"). Dkt. 26.

It is, therefore, **ORDERED** that the Court authorizes the expedited issuance of the Notice of Collective Action and Consent Forms the parties filed as Exhibit A to the Motion, to be delivered or otherwise disseminated to the Putative Class Members by mail and a website solely dedicated to disseminating the Notice of Collective Action and Consent Form.

It is further **ORDERED** that the Court authorizes the issuance of the Text Message Notice the parties filed as Exhibit B to the Motion, to be delivered or otherwise disseminated by text message.

It is further **ORDERED** that Plaintiff's counsel may e-mail the Notice of Collective Action and Consent Forms that Plaintiff filed as Exhibit A to the Motion only to Putative Class Members for whom Defendants have not provided a mobile telephone number.

It is further **ORDERED** that the Court authorizes the expedited issuance of the Social Media Notice of Collective Action that Plaintiff filed as Exhibit C to Plaintiff's Motion, to be delivered or otherwise disseminated through Facebook and/or LinkedIn only to Putative Class Members for whom Defendants have not provided either a telephone number or e-mail address.

It is further **ORDERED** that counsel for Plaintiff may contact Putative Class Members by telephone only to verify mailing addresses or email addresses and to send the Text Message Notice.

It is further **ORDERED** that Plaintiff is authorized to offer the Putative Class Members the option to consent to join this collective action through the use of electronic signatures.

It is further **ORDERED** that the Parties shall comply with the following schedule:

| **No later than 10 days from the date of this Order** | Defendant shall provide to Class Counsel in Excel (.xlsx) format the following information regarding all Putative Class Members: full name; last known mailing address(es) with city, state, and Zip Code; all known email address(es); beginning date(s) of employment; ending date(s) of employment (if applicable); and telephone number(s). |
|---|---|
| **Within 30 days of receiving the contact information for all Putative Class Members** | Class Counsel shall send a copy of the Court-approved Notice and Consent Form to the Putative Class Members by First Class U.S. Mail; Class Counsel may send the Court-approved Text Message Notice of Collective Action through text message to the Putative Class Members; Class Counsel may send a copy of the Court-approved Notice and Consent Form to the Putative Class Members by e-mail to any Putative Class Members for whom Defendants have not provided a telephone number; Class Counsel may |

| | send the Court-approved Social Media Notice of Collective Action to Putative Class Members through Facebook and/or LinkedIn for any Putative Class Members for whom Defendants have not provided either a phone number or e-mail address; and Class Counsel may make the Notice and Consent Form available on a website solely dedicated to disseminating notice. |
|---|---|
| **Within 3 days of the initial mailing of the Notice of Collective Action** | Class Counsel shall file an Advisory with the Court indicating the date of delivery of the Notice of Collective Action and Consent Form. |
| **No sooner than 30 days after mailing and texting, emailing or disseminating via Facebook and/or LinkedIn the first Notice to the Class** | Class Counsel shall send reminder notice to the Class Members who have not yet responded to the Notice. Class Counsel may do so by First Class U.S. Mail, text message, e-mail (for Putative Class Members for whom Defendants have not provided a telephone number), and via Facebook and/or LinkedIn (for Putative Class Members for whom Defendants have not provided either a telephone number or e-mail address); and Class Counsel shall continue to make the Notice and Consent Form available on a website solely dedicated to disseminating notice. |
| **45 days from the initial mailing of Notice and Consent Forms to Putative Class Members** | The Putative Class Members shall have 45 days to return their signed Consent forms to Class Counsel for filing with the Court (the "Notice Period"). |
| **No later than 15 days after the close of the Notice Period** | Class Counsel shall file with the Court all signed Consents to Join. |

It is so ordered.

Signed this _____ day of _____, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE