IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MASON HOFF, Individually and On Behalf of All Others Similarly Situated,** § § § | | |
| **Plaintiff,** § § | | |
| **v.** § § | **Civil Action No.** | |
| **LDWB, LLC; LDWB #2, LLC; THE LONESOME DOVE WESTERN BISTRO, LTD.; and LDWB KNOX, LLC** § § § § § § | **1:18-CV-00378-LY** | |
| **Defendants.** § § | | |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff Mason Hoff, individually and on behalf of all others similarly situated, and Defendants LDWB, LLC, LDWB #2, LLC, The Lonesome Dove Western Bistro, Ltd., and LDWB Knox, LLC, file this Joint Motion for Court Approval of Settlement Agreement. In support of their joint motion, the Parties show the Court as follows:

1. In order to resolve all of Plaintiff's claims for alleged violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), as amended, and without admission of liability or wrongdoing, Plaintiff and Defendants have entered into a Confidential Settlement Agreement and Release ("Agreement"). Contemporaneous with this Motion, the Parties are filing a motion to file the Agreement under seal with the Court.

2. To approve the Agreement, the Court is required to scrutinize the Agreement for reasonableness and fairness. Plaintiff and Defendants submit that the Agreement is, in all respects,

a fair and reasonable resolution of *bona fide* disputes between Plaintiff and Defendants under the FLSA. The Parties believe that the terms and conditions of this settlement are fair, reasonable, adequate, beneficial, and in the best interests of all parties. This proposed Agreement was reached following the exchange of information, data, and extensive negotiations with the assistance of a highly experience labor and employment mediator, Eric Galton. Because of the various defenses asserted by Defendants and the possibility that Defendants may have successfully defeated or limited some or all of Plaintiff's claims, including those claims related to tip pooling, willfulness, liquidated damages, and compensation for minimum wages, the parties believe that the Agreement represents a fair compromise of the claims. Moreover, given the strong likelihood that absent a settlement, this case will proceed to trial, a compromise of the claims prevents all parties from incurring the additional costs and delay associated with trial and appeal.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve the Agreement, and enter the proposed Order Approving of Settlement Agreement.

Respectfully Submitted,

**MORELAND VERRETT, P.C.**
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
Tel: (512) 782-0567
Fax: (512) 782-0605

By: */s/ Daniel A. Verrett*
    Daniel A. Verrett
    Texas State Bar No. 24075220
    daniel@morelandlaw.com

Edmond S. Moreland, Jr.
State Bar No. 24002644
edmond@morelandlaw.com
700 West Summit Drive
Wimberley, Texas 78676

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Russell D. Cawyer*
Russell D. Cawyer
State Bar No. 00793482
Paige P. Biggs
State Bar No. 24037810
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500
(817) 878-9280  (Fax)
russell.cawyer@kellyhart.com
paige.biggs@kellyhart.com

**ATTORNEYS FOR DEFENDANTS**

## Certificate of Service

    The undersigned hereby certifies that on the 4th day of November 2019, he submitted the foregoing document, along with all attachments, for filing via the Court's CM/ECF system. All counsel of record shall be served with a true and correct copy of the foregoing by operation of the Court's CM/ECF system.

                                      */s/ Daniel A. Verrett*
                                      Daniel A. Verrett