FILED
19 NOV -4  PM 4: 28
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MASON HOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LDWB, LLC; LDWB #2, LLC; THE LONESOME DOVE WESTERN BISTRO, LTD.; and LDWB KNOX, LLC<br><br>Defendants. | Civil Action No.<br><br>1:18-CV-00378-LY |

### ORDER APPROVING SETTLEMENT AGREEMENT

On this day the Court considered the Parties' Joint Motion for Court Approval of Settlement Agreement ("the Motion"). After reviewing the Motion, the Court is of the opinion that it should be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the Settlement Agreement and Release reached by Parties is a fair and reasonable resolution of *bona fide* disputes between Plaintiffs and Defendants under the FLSA. The Court has scrutinized the Settlement Agreement and Release reached by Plaintiff and Defendants and finds that the Settlement Agreement and Release is both fair and reasonable, and that it should be, and hereby is APPROVED.

It is further ORDERED, ADJUDGED, AND DECREED that upon Defendants' completion of their obligations to make settlement payments to Plaintiff under the Settlement Agreement and Release and Plaintiff's confirmation of the same, Plaintiff shall cause the above styled and numbered cause to be DISMISSED WITH PREJUDICE, with costs to be taxed to the parties incurring the same.

SIGNED this 4th day of Nov., 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE