IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MASON HOFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF,<br><br>V.<br><br>LDWB, LLC; LDWB #2, LLC; THE LONESOME DOVE WESTERN BISTRO, LTD.; AND LDWB KNOX, LLC,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 1:18-CV-378-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On October 2, 2020, the parties filed a Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP Rule 41(a)(1)(ii) (Doc. #68) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _6th_ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE